UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TESSERA ADVANCED TECHNOLOGIES, INC.,** | ) ) ) |
| **Plaintiff,** | ) Civil Action No.: 2:17-cv-671 ) ) |
| **v.** | ) JURY TRIAL DEMANDED ) |
| **SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,** | ) ) ) ) |
| **Defendants.** | ) ) ) |

## NOTICE OF AGREED MEDIATOR

The parties have conferred and have agreed upon a mediator in the above-referenced case as follows:

    Honorable David Folsom
    Jackson Walker, L.L.P.
    6002 Summerfield Drive, Suite B
    Texarkana, Texas  75503
    Tel:  (903) 255-3251
    Fax:  (903) 255-3266
    Email:  dfolsom@jw.com

Date:  January 11, 2018.

Respectfully submitted,

*/s/ Matthew J. Moore w/permission Andrea Fair*
Matthew J. Moore
E-mail: Matthew.Moore@lw.com
Lawrence J. Gotts
E-mail: Lawrence.Gotts@lw.com

Alan M. Billharz
E-mail: Alan.Billharz@lw.com
David A. Zucker
E-mail: David.Zucker@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: 202-637-2200
Fax: 202-637-2201

Maximilian A. Grant
E-mail: Max.Grant@lw.com
Clement J. Naples
E-mail: Clement.Naples@lw.com
LATHAM & WATKINS LLP
885 Third Ave.
New York, NY 10022
Tel: 212-906-1331
Fax: 212-751-4864

Amit Makker
E-mail: Amit.Makker@lw.com
Brian W. Lewis (pro hac vice)
E-mail: Brian.W.Lewis@lw.com
LATHAM & WATKINS
505 Montgomery Street, Suite 2000
San, Francisco, CA 94111-2562
Tel: 415-391-0600
Fax: 415-395-8095

T. John Ward
State Bar No. 20848000
E-mail: tjw@wsfirm.com
Claire Abernathy Henry
State Bar No. 24053063
E-mail: claire@wsfirm.com
Andrea L. Fair
State Bar No. 24078488
E-mail: andrea@wsfirm.com
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Tel: 903-757-6400
Fax: 903-757-2323

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 11th day of January, 2018.

/s/ *Andrea L. Fair*
Andrea L. Fair