IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TESSERA ADVANCED TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-671-JRG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANTS' NOTICE REGARDING DECISION IN RELATED ITC INVESTIGATION AND INITIATION OF ARBITRATION

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") file this notice to inform the Court of recent activity in related matters involving the same parties that is relevant to Samsung's Motion to Stay Pending Arbitration, which is pending before this Court (D.I. 50).

First, on May 22, 2018, in a U.S. International Trade Commission ("ITC") investigation involving the same parties, the Administrative Law Judge ("ALJ") granted Samsung's Motion to Terminate the Investigation for Lack of Standing or to Terminate or Stay the Investigation Pending Arbitration. *See Wafer-Level Packaging Semiconductor Devices and Products Containing Same (Including Cellular Phones, Tablets, Laptops, and Notebooks) and Components Thereof*, Inv. No. 337-TA-1080, Order No. 26 (May 22, 2018).[1]  In the confidential Initial Determination, the ALJ

---

[1] The ALJ initially issued an ID granting Samsung's motion on May 18, 2018 (Order No. 24) but withdrew it to make certain small changes (Order No. 25).  Samsung previously informed the Court of the overlapping subject-matter in the ITC investigation and the motion pending in this case.  *See, e.g.,* D.I. 50 at 3-4 (noting co-pending ITC and overlapping defenses).

terminated the ITC investigation in its entirety in favor of arbitration based on the same Samsung-MEI Settlement and Patent Cross License Agreement (and the same arbitration clause) at issue in Samsung's motion in this case (D.I. 50).  Samsung will provide the Court with a public version of the Initial Determination when it issues in the coming weeks.

Second, on May 18, 2018, Samsung submitted a Request for Arbitration ("Request") to the International Chamber of Commerce ("ICC") against Plaintiff Tessera Advanced Technologies, Inc., Panasonic Corporation (formerly known as Matsushita Electric industrial Co., Ltd.), and Pannova Semic, LLC.  The Request is based on Samsung's rights under the Samsung-MEI Settlement and Patent Cross License Agreement (including Samsung's patent licenses and right to arbitrate under that agreement) that also are at issue in Samsung's motion pending in this case (D.I. 50).  On May 22, 2018, the Secretariat of the International Court of Arbitration of the ICC acknowledged receipt of the Request and indicated that pursuant to ICC Rules, the arbitration commenced on the Request date, May 18, 2018.

Dated: May 23, 2018

Respectfully submitted,

 /s/ Melissa R. Smith
Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

John C. Kappos (Lead Counsel)
State Bar No. 171977
Email: jkappos@omm.com
Bo K. Moon
State Bar No. 268481
Email: bmoon@omm.com
Cameron Westin
State Bar No. 290999

Email: cwestin@omm.com
O'MELVENY & MYERS LLP
610 New Port Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Brian Berliner
State Bar No. 156732
Email: bberliner@omm.com
Nicholas J. Whilt
State Bar No. 247738
Email: nwhilt@omm.com
Mark A. Samuels
State Bar No. 107026
Email: msamuels@omm.com
Ryan K. Yagura
Texas State Bar No. 24075933
Email: ryagura@omm.com
Anthony G. Beasley
Texas State Bar No. 24093882
Email: tbeasley@omm.com
Vincent Zhou
State Bar No. 251969
Email: vzhou@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Melody Drummond Hansen
State Bar No. 278786
Email: mdrummondhansen@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

*Counsel for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 23, 2018.

>*/s/ Melissa R. Smith*
>Melissa R. Smith