# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TESSERA ADVANCED TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:17-cv-671-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' NOTICE OF FILING OF PETITIONS FOR *INTER PARTES* REVIEW**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby notify the Court that Samsung recently filed Petitions for *Inter Partes* Review with the Patent Trial and Appeal Board of the U.S. Patent and Trademark Office. The Petitions, listed in the below table, challenge the validity of all patents and all claims asserted in this litigation.

| Petition Number | Challenged Patent | Submission Date |
|---|---|---|
| IPR2018-01263 | U.S. Patent No. 6,512,298 | June 15, 2018 |
| IPR2018-01264 | U.S. Patent No. 6,852,616 | June 15, 2018 |

Samsung intends to file a motion requesting that the Court Stay the case in view of these filings.

| | |
|---|---|
| DATED:  June 22, 2018 | Respectfully submitted, |
| | */s/ Mark A. Samuels* |

Mark A. Samuels
Ryan K. Yagura
Brian Berliner
Nicholas J. Whilt
Xin-Yi Zhou
Tony Beasley
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

John Kappos
Bo Moon
Cameron Westin
Brad Berg
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

D. Sean Trainor
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Melody Drummond Hansen
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 22, 2018.

/s/   Melissa R. Smith