**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| TESSERA ADVANCED TECHNOLOGIES, INC., | ) ) ) ) | No. 2:17-cv-671-JRG |
| Plaintiff, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**RESPONSE TO DEFENDANTS' NOTICES REGARDING DECISION IN RELATED
ITC INVESTIGATION AND INITIATION OF ARBITRATION**

Plaintiff Tessera Advanced Technologies, Inc. ("Tessera" or "Plaintiff") respectfully submits this Response to Defendants Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc.'s ("SEA") (collectively, "Samsung" or "Defendants") Notices Regarding Decision in Related ITC Investigation and Initiation of Arbitration.  (D.I. 76 & 86.) The decision that issued in the International Trade Commission ("ITC") does not impact the Court's consideration of Samsung's Motion to Stay for at three reasons.

***First***, the ITC applied a completely different legal standard than what this Court would apply, making the decision readily distinguishable.  In terminating the ITC proceedings, the Administrative Law Judge applied an extremely low standard—he found that Samsung's assertion of arbitrability was not "***wholly groundless***."  But that standard does not apply to Samsung's Motion to Stay before this Court.  To resolve Samsung's Motion, the Court must determine: "'whether there is a written agreement to arbitrate' [and] 'whether any of the issues raised are

within the reach of that agreement.'" Samsung Mot. at 5 (citing *Complaint of Hornbeck Offshore (1984) Corp.*, 981 F.2d 752, 754 (5th Cir. 1993)). Accordingly, while the Administrative Law Judge only needed to determine whether or not Samsung's arguments were ***wholly groundless***, the Court must decide whether Samsung's arguments are ***correct***.

***Second***, ITC decisions are not legally binding on federal district courts. *See, e.g.*, *Rapistan Sys. Advertising Corp. v. Daifuki Am. Corp.*, No. A-03-CA-682-LY, 2006 U.S. Dist. LEXIS 100612, at *8 (W.D. Tex. Feb. 9, 2006) ("Even Federal Circuit decisions regarding ITC determinations have no preclusive effect on subsequent litigation."); *Tandon Corp. v. ITC*, 831 F.2d 1017 (Fed. Cir. 1987) ("Therefore, it seems clear that any disposition of a Commission action by a Federal Court should not have a res judicata or collateral estoppel effect in cases before such courts."). Therefore, the Court is free to evaluate Samsung's motion based on its own judgment, independent of the ITC's ruling.

***Third***, as set forth in Tessera's petition for review filed at the ITC, the Administrative Law Judge's reasoning and conclusions were simply wrong, both as a matter of fact and law. Among other things, the Administrative Law Judge ignored that the arbitration clause in the Samsung-Matsushita agreement expressly limits the requirement to arbitrate only to the "Parties," an expressly defined term that only includes Samsung and Matsushita, and not their successors or assigns. Tessera never agreed to arbitration and the plain terms of the agreement do not extend the arbitration clause to non-signatories who are not "Parties." For the Court's convenience, the public version of Tessera's petition for review is attached to this response.

/s/ Lawrence J. Gotts by permission
Claire Henry
Lawrence J. Gotts
DC Bar No. 417219
Matthew J. Moore
DC Bar No. 453773
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Lawrence.Gotts@lw.com
Matthew.Moore@lw.com

Clement J. Naples
New York Bar No. 4217717
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Tel.: (212) 906-1200
Fax: (212) 751-4864
Clement.Naples@lw.com


Joseph H. Lee
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Tel: 714-540-1235
Fax: 714-755-8290
E-mail: Joseph.Lee@lw.com

Amit Makker
California Bar No. 280747
Brian W. Lewis
California Bar No. 290727
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
Fax: 415-395-8095
Amit.Makker@lw.com
Brian.W.Lewis@lw.com

T. John Ward
Texas State Bar No. 20848000

Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
tjw@wsfirm.com
claire@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Tessera*
*Advanced Technologies, Inc.*

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel of record who have consented to electronic service as this district requires in accordance with Local Rule CV-5(a)(3)(A) on this 23rd day of June 2018.

*/s/ Claire Henry*