**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **TESSERA ADVANCED TECHNOLOGIES, INC.,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,**<br><br>　　　　**Defendants.** | Civil Action No. 2:17-cv-671-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT STIPULATION REGARDING INVENTOR DECLARATION

Plaintiff Tessera Advanced Technologies, Inc. ("Tessera") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") stipulate as follows:

WHEREAS, Nozomi Shimoishizaka, one of the named inventors of the patents-in-suit, executed a Declaration attached as Exhibit 1 and produced at SAMS232-0014040 - SAMS232-0014040 ("the Shimoishizaka Declaration");

WHEREAS, Nozomi Shimoishizaka resides in Japan;

WHEREAS, Nozomi Shimoishizaka has agreed to be deposed on September 2, 2018, in Seoul, South Korea;

WHEREAS, the deposition will be taken off calendar at the request of Tessera in exchange for the Stipulation herein;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL AS FOLLOWS:

1.      Tessera and Samsung hereby waive authenticity, admissibility, hearsay, truth, and accuracy objections regarding the admissibility of the Shimoishizaka Declaration.

2.      By this Stipulation, Tessera and Samsung jointly move for the admission of the Shimoishizaka Declaration into evidence, and Tessera and Samsung agree and stipulate that the Shimoishizaka Declaration may be used by any party for any purposes.

3.      By this Stipulation, Tessera and Samsung agree that the Shimoishizaka Declaration is true and accurate.

4.      By this Stipulation, Tessera and Samsung agree that the Shimoishizaka Declaration is authentic.

5.      By this Stipulation, Tessera and Samsung agree that the Shimoishizaka Declaration is not hearsay.

IT IS SO STIPULATED.

DATED: August 28, 2018

Respectfully submitted,

*/s/ Mark A. Samuels*

Mark A. Samuels
Ryan K. Yagura
Brian Berliner
Nicholas J. Whilt
Xin-Yi Zhou
Tony Beasley
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

John Kappos
Bo Moon
Cameron Westin
Brad Berg
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

D. Sean Trainor
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Melody Drummond Hansen
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

*Counsel for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*


DATED: August 28, 2018

Respectfully submitted,

*/s/ Lawrence Gotts*

Clement J. Naples
New York Bar No. 4217717
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022-4834
Tel.: (212) 906-1200
Fax: (212) 751-4864

Matthew J. Moore
DC Bar No. 453773
Lawrence J. Gotts
DC Bar No. 417219
LATHAM & WATKINS LLP
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Matthew.Moore@lw.com
Lawrence.Gotts@lw.com

Joseph H. Lee
California Bar No. 248046
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: 714-540-1235
Fax: 714-755-8290
Joseph.Lee@lw.com

Amit Makker
California Bar No. 280747
Brian W. Lewis
California Bar No. 290727
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
Fax: 415-395-8095
Amit.Makker@lw.com
Brian.W.Lewis@lw.com

T. John Ward
Texas State Bar No. 20848000
Claire Abernathy Henry

Texas State Bar No. 24053063  
Andrea Fair  
Texas State Bar No. 24078488  
WARD, SMITH & HILL, PLLC  
PO Box 1231  
Longview, Texas 75606-1231  
(903) 757-6400 (telephone)  
(903) 757-2323 (facsimile)  
tjw@wsfirm.com  
claire@wsfirm.com  
andrea@wsfirm.com  

*Attorneys for Plaintiff Tessera Advanced Technologies, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on August 28, 2018.

/s/ Melissa R. Smith