**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TESSERA ADVANCED TECHNOLOGIES, INC., <br><br>      Plaintiff, <br><br>      v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br>      Defendants. | Case No. 2:17-cv-00671-JRG <br><br> **JURY TRIAL DEMANDED** |

## P.R. 4-5 JOINT NOTICE REGARDING CLAIM CONSTRUCTION CHART

Pursuant to Patent Rule 4-5(d) and the Court's Docket Control Order (Dkt. 46), Plaintiff Tessera Advanced Technologies, Inc. ("Tessera") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby file this Joint Claim Construction Chart.  The parties have not agreed to any constructions at this time.  Attached as Appendix A are the claims with the disputed language in bold type, along with the parties' respective proposed constructions, and a column for the Court's construction.  Appendix A includes a separate table for each of the patents-in-suit.  A simplified version grouping similar terms is attached as Appendix B, which may be more helpful for the Court's purposes.

The following terms are in dispute:

- '298/'616 Patents

  - "external electrode" / "external electrode terminal" – '298 patent claims 1, 8, 10; '616 patent claims 1, 8, 9

  - "forming a second, thick conductive film selectively on the first, thin conductive film so as to fill up the first opening and the second opening" – '616 patent claim 1

o   "a protective film formed … having a property of repelling conductive material" /
    "forming a protective film having a property of repelling conductive material" –
    '298 patent claim 8; '616 patent claim 8

Dated: August 31, 2018

Respectfully submitted,

*/s/ Amit Makker w/permission Linda Smith*

Clement J. Naples
New York Bar No. 4217717
**LATHAM & WATKINS LLP**
885 Third Avenue
New York, NY 10022-4834
Tel.: (212) 906-1200
Fax: (212) 751-4864
Clement.Naples@lw.com

Matthew J. Moore
DC Bar No. 453773
Lawrence J. Gotts
DC Bar No. 417219
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW Suite 1000
Washington, DC 20004-1304
Tel.: (202) 637-2200
Fax: (202) 637-2201
Matthew.Moore@lw.com
Lawrence.Gotts@lw.com
Alan.Billharz@lw.com

Joseph H. Lee
California Bar No. 248046
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel: 714-540-1235
Fax: 714-755-8290
Joseph.Lee@lw.com

Amit Makker
California Bar No. 280747
Brian W. Lewis
California Bar No. 290727
**LATHAM & WATKINS LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415-391-0600
Fax: 415-395-8095
Amit.Makker@lw.com
Brian.W.Lewis@lw.com

*/s/ John Kappos w/permission Linda Smith*

Mark A. Samuels
Ryan K. Yagura
Brian Berliner
Nicholas J. Whilt
Xin-Yi Zhou
Tony Beasley
**O'MELVENY & MYERS LLP**
400 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

John Kappos
Bo Moon
Cameron Westin
Brad Berg
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994

D. Sean Trainor
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Melody Drummond Hansen
**O'MELVENY & MYERS LLP**
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone: (650) 473-2600
Facsimile: (650) 473-2601

***Counsel for Defendants Samsung Electronics
Co., Ltd., and Samsung Electronics America,
Inc.***

T. John Ward
Texas State Bar No. 20848000
Claire Abernathy Henry
Texas State Bar No. 24053063
Andrea Fair
Texas State Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
PO Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
tjw@wsfirm.com
claire@wsfirm.com
andrea@wsfirm.com


*Attorneys for Plaintiff Tessera Advanced
Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this 31st day of August, 2018.

*/s/ Linda Smith*
Linda Smith

# APPENDIX A

**APPENDIX A**

**I.       U.S. PATENT NOS. 6,512,298 (CLAIMS 1-4 AND 8-10)**

| '298 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1 | | | | |
| 1. A semiconductor device comprising: | | | | |
| a semiconductor substrate provided with at least one semiconductor element; | | | | |
| a first element electrode and a second element electrode formed on the semiconductor substrate and connected electrically to the semiconductor element; | | | | |
| an insulating film formed so as to cover the first element electrode and the second element electrode; | | | | |
| a first opening formed on the insulating film and exposing at least one portion of the first element electrode; | | | | |
| a second opening formed on the insulating film and exposing at least one portion of the second element electrode; | | | | |

APPENDIX A

| '298 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| a first **external electrode** formed immediately above the first element electrode and connected to the first element electrode via the first opening; | "external electrode" | "electrode for connecting a package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| a second **external electrode** formed on the insulating film; and | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| a connecting wire formed on the insulating film and having one end connected to the second element electrode via the second opening and the other end connected to the second **external electrode**. | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| Claim 2 | | | | |
| 2. The semiconductor device of claim 1, wherein the semiconductor substrate is a semiconductor wafer. | | | | |
| Claim 3 | | | | |

APPENDIX A

| '298 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| 3. The semiconductor device of claim 1, wherein the semiconductor substrate is a chip obtained by dividing a semiconductor wafer. | | | | |
| Claim 4 | | | | |
| 4. The semiconductor device of claim 1, wherein the insulating film is made of elastic insulating material. | | | | |
| Claim 8 | | | | |
| 8. The semiconductor device of claim 1 further comprising: | | | | |
| **a protective film formed** so as to cover the first **external electrode**, the second **external electrode** and the connecting wire and **having a property of repelling conductive material**; | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| | "a protective film formed … having a property of repelling conductive material" | Plain and ordinary meaning, no construction necessary | Indefinite | |

APPENDIX A

| '298 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| a fourth opening formed on the protective film and exposing at least one portion of the first **external electrode**; | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| a fifth opening formed on the protective film and exposing at least one portion of the second **external electrode**; | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| a first **external electrode terminal** formed immediately above the first **external electrode** and connected to the first **external electrode** via the fourth opening; and | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| | "external electrode terminal" | "terminal on the outer surface of the package for connection to external equipment" | "metallic ball, conductive bump, or a portion of the [first/second] external electrode, configured to | |

APPENDIX A

| '298 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| | | | connect to external equipment" | |
| a second **external electrode terminal** formed immediately above the second **external electrode** and connected to the second **external electrode** via the fifth opening. | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| | "external electrode terminal" | "terminal on the outer surface of the package for connection to external equipment" | "metallic ball, conductive bump, or a portion of the [first/second] external electrode, configured to connect to external equipment" | |
| Claim 9 | | | | |
| 9. The semiconductor device of claim 1, further comprising a passivation film covering the surface of the semiconductor substrate except the first element electrode and the second element electrode, | | | | |
| wherein the insulating film is formed above the passivation film. | | | | |

APPENDIX A

| '298 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 10 | | | | |
| 10. The semiconductor device of claim 8, wherein the first **external electrode terminal** and the second **external electrode terminal** are formed of metallic balls. | "external electrode terminal" | "terminal on the outer surface of the package for connection to external equipment" | "metallic ball, conductive bump, or a portion of the [first/second] external electrode, configured to connect to external equipment" | |

APPENDIX A

## II.      U.S. PATENT NO. 6,852,616 (CLAIMS 1-6, 8, AND 9)

| '616 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| Claim 1 | | | | |
| 1. A method for producing a semiconductor device comprising: | | | | |
| a first step of forming on a semiconductor substrate on which at least one semiconductor element is provided a first element electrode and a second element electrode electrically connected to the semiconductor element; | | | | |
| a second step of forming an insulating film so as to cover the first element electrode and the second element electrode; | | | | |
| a third step of forming a first opening for exposing at least one portion of the first element electrode and a second opening for exposing at least one portion of the second element electrode by | | | | |

# APPENDIX A

| '616 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| selectively removing the insulating film; | | | | |
| a fourth step of forming first substantially continuous, thin conductive film on the insulating film and within the first and second openings; | | | | |
| A fifth step of **forming a second, thick conductive film selectively on the first, thin conductive film so as to fill up the first opening and the second opening** and extend over portions of the first, thin conductive film between the first and second openings; and | "forming a second, thick conductive film selectively on the first, thin conductive film so as to fill up the first opening and second opening" | Plain and ordinary meaning, which includes:<br><br>"forming a second, thick conductive film selectively on the first, thin conductive film so as to plug or span the first opening and second opening." | Indefinite as to "a second, thick conductive film selectively on the first, thin conductive film"<br><br>Plain and ordinary meaning for the remainder of the term | |
| a sixth step of patterning the first and second conductive films by removing only an upper portion of the selectively formed second, thick conductive film and portions of the first, thin conductive film uncovered | "external electrode" | "electrode for connecting a package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |

**APPENDIX A**

| '616 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| by the second, thick conductive film, thereby forming a first **external electrode** connected to the first element electrode via the first opening immediately above the first element electrode, forming a second **external electrode** and forming a connecting wire having one end connected to the second element electrode via the second opening and the another end connected to the second **external electrode** on the insulating film. | | | | |
| Claim 2 | | | | |
| 2. The method for producing a semiconductor device of claim 1, wherein the semiconductor substrate is a semiconductor wafer; and | | | | |
| the method further composes a step of dividing the semiconductor | | | | |

APPENDIX A

| '616 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| wafer into chips after the fourth step. | | | | |
| Claim 3 | | | | |
| 3. The method for producing a semiconductor device of claim 1, wherein the semiconductor substrate is obtained by dividing a semiconductor wafer into chips. | | | | |
| Claim 4 | | | | |
| 4. The method for producing a semiconductor device of claim 1, wherein the insulating film is made of elastic insulating material. | | | | |
| Claim 5 | | | | |
| 5. The method for producing a semiconductor device of claim 1, wherein the third step comprises a step of forming the first opening and the second opening so that each wall surface of the openings has an inclination of less than 90° with respect to a | | | | |

APPENDIX A

| '616 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| surface of the semiconductor substrate. | | | | |
| Claim 6 | | | | |
| 6. The method for producing a semiconductor device of claim 1, wherein the third step comprises a step of forming the first opening and the second opening so that at least portions near the upper end and near the lower end of each wall surface of the openings have an inclination of less than 90° with respect to a surface of the semiconductor substrate. | | | | |
| Claim 8 | | | | |
| 8. The method for producing a semiconductor device of claim 1, further comprising a seventh step of **forming a protective film having a property of repelling conductive material** so as to cover the first **external electrode**, the second **external** | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| | "forming a protective film | Plain and ordinary meaning, no | Indefinite | |

## APPENDIX A

| '616 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| **electrode** and the connecting wire and then selectively removing the protective film to form a fourth opening for exposing at least one portion of the first **external electrode** and a fifth opening for exposing at least one portion of the second **external electrode**, after the sixth step. | having a property of repelling conductive material" | construction necessary. | | |
| Claim 9 | | | | |
| 9. The method for producing a semiconductor device of claim 8, wherein the seventh step comprises a step of forming a first **external electrode terminal** connected to the first **external electrode** via the fourth opening immediately above the first **external electrode** and forming a second **external electrode terminal** connected to the second **external electrode** via the fifth opening immediately | "external electrode" | "electrode for connecting the package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| | "external electrode terminal" | "terminal on the outer surface of the package for connection to external equipment" | "metallic ball, conductive bump, or a portion of the [first/second] external electrode, configured to connect to external equipment" | |

**APPENDIX A**

| '616 Patent Claim Language | Disputed Terms | Plaintiff's Proposed Construction | Defendants' Proposed Construction | Court's Construction |
|---|---|---|---|---|
| above the second **external electrode**. | | | | |

**APPENDIX B**

# APPENDIX B

**APPENDIX B**

I.     **U.S. PATENT NOS. 6,512,298 (CLAIMS 1-4 AND 8-10) AND 6,852,616 (CLAIMS 1-6, 8, AND 9)**

| Claim Terms From '298/'616 Patents | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| "external electrode"<br><br>'298 patent claims 1, 8, 12-13<br><br>'616 patent claims 1, 8, 9 | "electrode for connecting a package to external equipment" | "portion of a conductive pattern configured to contact an 'external electrode terminal' (as defined below) or external equipment" | |
| "external electrode terminal"<br><br>'298 patent claims 8, 10-13<br><br>'616 patent claim 9 | "terminal on the outer surface of the package for connection to external equipment" | "metallic ball, conductive bump, or a portion of the [first/second] external electrode, configured to connect to external equipment" | |
| "forming a second, thick conductive film selectively on the first, thin conductive film so as to fill up the first opening and the second opening"<br><br>'616 patent claim 1 | Plain and ordinary meaning, which includes:<br><br>"forming a second, thick conductive film selectively on the first, thin conductive film so as to plug or span the first opening and second opening." | Indefinite as to "a second, thick conductive film selectively on the first, thin conductive film"<br><br>Plain and ordinary meaning for the remainder of the term | |
| "a protective film formed … having a property of repelling | Plain and ordinary meaning, no construction necessary | Indefinite | |

**APPENDIX B**

| Claim Terms From '298/'616 Patents | Plaintiff's Proposed Constructions | Defendants' Proposed Constructions | Court's Construction |
|---|---|---|---|
| conductive material" / "forming a protective film having a property of repelling conductive material"<br><br>'298 patent claim 8<br><br>'616 patent claim 8 | | | |