**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TESSERA ADVANCED TECHNOLOGIES, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:17-CV-00671-JRG** |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § | |

# ORDER

Before the Court is the Parties' Joint Motion for Leave for Samsung to File a Sur-Reply and Tessera to File a Sur-Sur-Reply with Respect to the Claim Construction Briefing (Dkt. No. 113) ("the Motion"), wherein Samsung requests leave to file a four-page sur-reply, filed concurrently with the Motion, and Tessera requests leave to file a four-page sur-sur-reply in response. Having considered the Joint Motion and the relief requested therein, the Court finds that the Joint Motion should be and hereby is **GRANTED**.

Accordingly, it is hereby **ORDERED** that Tessera file its four-page sur-sur-reply no later than Wednesday, September 5, 2018.

**So ORDERED and SIGNED this 4th day of September, 2018.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE