# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| TESSERA ADVANCED TECHNOLOGIES, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:17-CV-00671-JRG |
| SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § § | |

## ORDER *SUA SPONTE* STAYING TRANSFER

The Court issues this Order *sua sponte*. On September 11, 2018, Plaintiff Tessera Advanced Technologies, Inc. ("Tessera") filed a Motion for Reconsideration of the Court's Order Granting Defendants' Motion to Transfer. (Dkt. No. 120.) In order to permit the Parties to fully brief the Motion for Reconsideration, the Court hereby **ORDERS** the transfer to the District of Delaware **STAYED**.

In light of the similar willfulness allegations and defenses raised in the parallel *FotoNation Limited v. Samsung Electronics Co., Ltd.*, No. 2:17-cv-669 (E.D. Tex.) (Schroeder, J.) and *Invensas Corporation v. Samsung Electronics Co., Ltd.*, No. 2:17-cv-670 (E.D. Tex.) (Schroeder, J., referred to Payne, M.J.) as well as the related motions to transfer in such cases, the Court further **DIRECTS** Plaintiff to address whether it is withdrawing its willfulness allegations only as to the -671 case or as to all three cases, and if not as to all cases, why not.

**So ORDERED and SIGNED this 14th day of September, 2018.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE